| | |
|---|---|
| 1 | KRISTIN T. MIHELIC, ATTORNEY #278483<br>TRIAL ATTORNEY |
| 2 | OFFICE OF THE UNITED STATES TRUSTEE<br>402 West Broadway, Suite 600 |
| 3 | San Diego, CA 92101<br>(619) 557-5013 |
| 4 | Attorneys for |
| 5 | TIFFANY L. CARROLL<br>ACTING UNITED STATES TRUSTEE |

UNITED STATES BANKRUPTCY COURT

Southern District of California

| | |
|---|---|
| In re:<br>DANIELLE T. COBLER,<br><br>Debtor. | Case No.: 13-08689-CL7<br><br>UNITED STATES TRUSTEE'S EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO FILE RESPONSE TO APPLICATION FOR ATTORNEY'S FEES PURSUANT TO 28 U.S.C. §2412 OF THE EQUAL ACCESS TO JUSTICE ACT<br><br>Date:   Ex Parte<br>Time:<br>Dept:   Five (5)<br>Room:  318<br>Judge:  Christopher B. Latham |

COMES NOW, the United States Trustee ("UST"), and pursuant to L.B.R. 9013-6(F), moves the Court for a one-week extension of time to file her response to the Debtor's Application for Attorney's Fees Pursuant to 28 U.S.C. §2412 of the Equal Access to Justice Act ("Motion").

The Debtor filed her Motion on January 28, 2014 under the Equal Access to Justice Act following the UST's withdrawal of her Motion to Dismiss the Debtor's case after the UST received the Debtor's Opposition to the Motion to Dismiss. In her Motion, the Debtor requested attorneys' fees, arguing that the UST's position in filing her Motion to Dismiss was not substantially justified. The UST was served with the Debtor's Motion via ECF, and pursuant to local rule, the deadline for the UST's response is February 14, 2014. The UST files this

1

Application to extend time to request an additional week to respond to the Motion until February 21, 2014.

Following receipt of the Motion, the UST engaged the assistance of a senior Bankruptcy Analyst, Kenneth Dennis, to assist in a review of the file and the UST's actions and calculations with respect to the underlying Motion to Dismiss at issue. Due to the seriousness of the allegations set forth in the Debtor's Motion, the UST is desirous of performing a complete and accurate review of the matter to provide an appropriate response and to ensure the integrity of the UST's decisions and prosecutorial actions. Mr. Dennis is a CPA and Certified Insolvency and Restructuring Advisor with over 20 years' experience as a Bankruptcy Analyst for the United States Trustee Program. He is uniquely situated to examine the file and provide his feedback to the UST.

Although the UST believes that her response will be filed prior to February 21, 2014, the UST requests an additional one-week to allow Mr. Dennis's investigation and examination of the file to be concluded and the appropriate response to be prepared. The hearing on the Debtor's Motion is set for March 10, 2014, which still affords sufficient time for any further briefing that the Debtor might wish to file.

WHEREFORE, the United States Trustee requests that the Court enter an Order extending the time for filing the response to February 21, 2014 and for all further relief deemed fair and equitable by this Court.

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: February 12, 2014        By:   /s/ Kristin T. Mihelic
                                      Kristin T. Mihelic
                                      Attorney for the Acting United States Trustee